UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH ORZECHOWSKI, | Case No. 08-11155 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| LAW FIRM OF WEBER AND OLCESE, PLC, *et al.*, | MAGISTRATE JUDGE<br>STEVEN WHALEN |
| Defendants. | |
| _____/ | |

## ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT, AND DENYING WITHOUT PREJUDICE DEFENDANT LAW FIRM OF WEBER AND OLCESE'S MOTION TO DISMISS [11]

Before the Court are Motions to Dismiss by Defendant 20th District Court [8], and by Defendant Law Firm of Weber and Olcese [11]. Oral arguments on the Motions were scheduled for November 18, 2008. Before the hearing, Plaintiff voluntarily stipulated to Defendant 20th District Court's dismissal with prejudice from the action. The Court proceeded to hear argument as to the remaining Defendant Law Firm of Weber and Olcese's Motion to Dismiss [11].

For the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that by December 5, 2008, Plaintiff shall file an Amended Complaint, clarifying the counts that survive as to the remaining Defendant.

**IT IS FURTHER ORDERED** that the remaining Defendant's Motion to Dismiss [11] is **DENIED** without prejudice to Defendant's ability to renew the Motion after Plaintiff files an Amended Complaint, and Defendant files a responsive Answer.

**SO ORDERED.**

                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: November 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2008, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                          Case Manager